# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:24-cv-03656 |
| | ) | |
| JOHN DOE, subscriber assigned IP | ) | Honorable Sunil R. Harjani |
| address 73.176.255.229, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF'S NOTICE OF SETTLEMENT
## WITH DEFENDANT JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), has settled

this matter with Defendant, John Doe subscriber assigned IP address 73.176.255.229

("Defendant") through Defendant's counsel.  Upon satisfaction of the terms of the parties'

settlement agreement, to which Defendant still has executory obligations, Plaintiff will dismiss

this action with prejudice.

Dated: August 23, 2024            Respectfully submitted,

By: /s/ *Patrick Joseph Walsh*
Patrick Joseph Walsh
Griffin Williams McMahon & Walsh, LLP
21 N Fourth Street
Geneva, IL 60134
630-457-4242
Email: pwalsh@gwmwlaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Patrick Joseph Walsh*
Patrick Joseph Walsh